ELIZABETH C. SPALDING *v.* CHARLES F. SPALDING

The defendant's motion dated January 16, 1975, to dismiss the appeal from the Superior Court in Fairfield County at Stamford is granted unless the plaintiff on or before April 22, 1975, files the transcript required under the provisions of § 641 of the Practice Book, as amended.

The defendant's motion dated February 20, 1975, to dismiss the appeal from the Superior Court in Fairfield County at Stamford is dismissed.

*Saul Kwartin,* for the appellee (defendant).

*Louis Parley,* for the appellant (plaintiff).

Argued April 1—decided April 1, 1975

ARMANDO SEBASTIANO *v.* FLORENCE V. CORDE ET AL.

The plaintiff's motion to dismiss the appeal of the defendant Edward F. Allen from the Court of Common Pleas in Fairfield County is denied.

*Vincent M. Zanella, Jr.,* for the appellee (plaintiff).

*Edward F. Allen,* pro se, the appellant (defendant).

Argued April 1—decided April 1, 1975

STATE OF CONNECTICUT *v.* JOHNNY ROSA

The state's motion to dismiss the appeal from the Superior Court in New Haven County is granted.

*Ernest J. Diette, Jr.,* assistant state's attorney, for the appellee (state).

No appearance for the appellant (defendant).